UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES EISEMAN, <br>     CIC 16-11-190 <br><br>         Petitioner, <br><br> vs. <br><br> WENDY KNIGHT, <br><br>         Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:17-cv-1062-TWP-DML <br> ) <br> ) <br> ) <br> ) |

**Entry Dismissing Action and Directing Entry of Final Judgment**

**I.**

James Eiseman brings this action for habeas corpus relief challenging the validity of a disciplinary proceeding identified as No. CIC 16-11-0190. Through an administrative order, the challenged proceeding has been dismissed. This development removes the "case or controversy" from the action, which must therefore be dismissed as moot. As dismissal for mootness is a dismissal for lack of jurisdiction. The respondent's motion to dismiss on that basis Dkt. [13] is **granted.**

Judgment consistent with this Entry will issue in a separate order.

IT IS SO ORDERED.

Date: 8/28/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Electronic distribution to counsel of record via CM/ECF and by U.S. mail to:

JAMES EISEMAN
215296
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Electronic Service Participant - Court only